IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE LINERBOARD ANTITRUST ) <br> LITIGATION                         ) <br>                                              ) <br> _____ ) <br>                                              ) <br> THIS DOCUMENT RELATES TO:  ) <br>                                              ) <br> ALL ACTIONS (Civil Actions      ) <br> Nos. 98-5055 AND 99-1341)       ) <br> _____ ) | MDL No. 1261 <br><br> Judge Jan E. DuBois |

### GFI AMERICA, INC. AND FEDERAL BEEF PROCESSORS INC.'S MOTION FOR AN ORDER TO ENLARGE THE TIME TO COMPLY WITH THE DEADLINE FOR PROOF OF CLAIM SUBMISSIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 6(b)(2)

GFI America Inc. and Federal Beef Processors, Inc. hereby move the Court, pursuant to Rule 6(b)(2) and 7(b)(1) of the Federal Rules of Civil Procedure, for an Order to enlarge the time to comply with the deadline for proof of claim submissions. In support of this Motion, Movants rely upon the accompanying Memorandum of Law that is incorporated by reference herein.

Dated: September 10, 2004

Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

s/W. Joseph Bruckner
W. Joseph Bruckner (MN #147758)
Sunny H. Kim
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Tel: (612) 339-6900
Fax: (612) 339-0981

*Attorneys for Movants GFI America, Inc. and Federal Beef Processors, Inc.*

333752 - 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE LINERBOARD ANTITRUST LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) ALL ACTIONS (Civil Actions ) Nos. 98-5055 AND 99-1341) ) ) | MDL No. 1261<br><br>Judge Jan E. DuBois |

**GFI AMERICA, INC. AND FEDERAL BEEF PROCESSORS INC.'S
MEMORANDUM IN SUPPORT OF THEIR MOTION FOR AN ORDER
TO ENLARGE THE TIME TO COMPLY WITH THE
DEADLINE FOR PROOF OF CLAIM SUBMISSIONS
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 6(b)(2)**

**INTRODUCTION**

Pursuant to the Federal Rules of Civil Procedure 6(b)(2) and 7(b)(1), GFI America, Inc. and Federal Beef Processors, Inc. ("Movants") submit this Memorandum in support of their Motion for an Order Enlarging the Time to Comply with the Deadline for Proof of Claim Submissions.

Under Rule 6(b)(2)'s excusable neglect standard, this Court has the equitable power and discretion to order an extension allowing submission of their claims. 4B CHARLES ALAN WRIGHT & ARTHUR R. MILLER, FEDERAL PRACTICE AND PROCEDURE § 1165 (3d ed. 2002 ); *see also In re Cendant Corp. Prides Litig.*, 233 F.3d 188, 195 (3d Cir. 2000)(citing *Zients v. LaMorte*, 459 F.2d 628, 630 (2d Cir. 1972)); *In re Crazy Eddie Sec. Litig.*, 906 F. Supp. 840, 843 (E.D.N.Y. 1995).

Movants meet the excusable neglect standard. Their submissions would not prejudice the parties or affect settlement distribution. In addition, two major factors prevented the Movants in

333487 - 3

good faith from filing by the deadline: (1) a massive fire that destroyed Movants' documents and records; and (2) the appointment of a new Chief Financial Officer. For these reasons, the belated, but otherwise valid, claims should be allowed to be submitted and considered by the Claims Administrator, and the Motion should be granted.

## FACTS

GFI America Inc. ("GFI America") is a custom meat processor headquartered in Minneapolis, Minnesota. Goldberger Aff. ¶ 2 (attached to Bruckner Aff. as Ex. A). Other trade names used by GFI America are GFI Premium Foods and Kings Deluxe Foods. GFI America is the parent corporation of Federal Beef Processors, Inc. ("Federal Beef Processors"). Goldberger Aff. ¶ 3. During the claims period for purchases from Defendants, October 1, 1993 through November 30, 1995, GFI America maintained one meat-packing facility in Minneapolis and Federal Beef Processors maintained two: one in Rapid City, South Dakota and the other in Fargo, North Dakota. Goldberger Aff. ¶ 2, 4. On January 30, 2002, Federal Beef Processors lost the Rapid City facility to a massive fire. Documents and financial records for GFI America and Federal Beef Processors dating back to 1991 were completely destroyed. Goldberger Aff. ¶ 6.

GFI America and Federal Beef Processors purchased corrugated containers during the Class Period and are members of the Box Class. Through their attorneys, GFI America and Federal Beef Processors filed their claims with the Settlement Administrator on July 28, 2004 via certified U.S. mail.[1] Three claims were filed using estimates of average box usage for the time period, one for each meat-packing facility. GFI America's claims totaled $1.25 million. Federal Beef Processor's Fargo facility listed $1.875 million worth of purchases, and its Rapid City location claims totaled $1.875

---

[1] *See* Movants' Proof of Claim Submissions, Bruckner Decl. Ex. B.

million.  All three facilities purchased from the following five Defendants:  Stone Container Corporation, International Paper Company, Weyerhauser Paper Company, Temple-Inland Inc. and Packaging Corporation of America.  *See* Ex. B at 3.

GFI America and Federal Beef Processors file this Motion to enlarge the deadline so that their valid claims may be considered by the Claims Administrator for participation in the Settlement Fund distribution.

## ARGUMENT

**A.     Enlarging the deadline poses no danger of prejudice to the parties and does not affect administration of the Settlement Fund.**

No distribution of the Settlement Fund has been made, and the addition of GFI America and Federal Beef Processors' claims at this juncture would not significantly disrupt or delay administration.  *See Zients*, 459 F.2d at 630 (allowing late claims as they would have "minuscule" effect on settlement distribution).

Also, no "substantial lapse of time" occurred between the deadline and the Movants' filing to cause harm to settlement administration or other claimants.  *In re Cendant Corp. Prides Litig.*, 233 F.3d at 196.  Movants filed their claims approximately two and a half months after the May 15, 2004 deadline.[2]  The belated timing of their filings alone do not preclude the valid claims.  *See id.* at 197 (finding no abuse of discretion by the District Court in permitting the claims that missed the general extension.  The late claims had met the excusable neglect standard.); *In re Orthopedic Bone Screw Prod. Liab. Litig.*, 246 F.3d 315, 318 (3d Cir. 2001) (allowing the late claim even though the deadline

---

[2]As per the Plan of Allocation, entities that had not filed by April 15, 2004 were permitted to file their claims by May 15, 2004.

333487 - 3                                                3

had been extended twice); *In re Crazy Eddie*, 906 F. Supp. at 845 ("[T]here is an implicit recognition that late claims should ordinarily be considered in the administration of a settlement.")(citing Manual for Complex Litigation § 30.47 (3d ed. 1995)).

The Third Circuit has clearly indicated that the "balancing of the equitable factors of excusable neglect" should determine whether the deadline should be enlarged to admit late claims. *In re Orthopedic Bone Screw Prod. Litig.*, 246 F.3d at 329. Here, relevant circumstances caused the delay in filing, and by meeting the excusable neglect standard, Movants' claims should be allowed to participate in the Settlement Fund distribution. *In re Crazy Eddie*, 906 F. Supp. at 844.

**B.     Due to a devastating fire and a major change in personnel, Movants were unable to meet the May 15, 2004 deadline.**

Two significant factors severely impaired GFI America and Federal Beef Processors' ability to file the Proof of Claim forms by the May 15, 2004 deadline. First, a fire destroyed all of the documents and records that showed proofs of purchase from Defendants. *See* Goldberger Aff. ¶ 7. The fire occurred on January 30, 2002 at the Federal Beef Processors' plant in Rapid City, South Dakota. It burned for more than 30 hours and was "one of the worst fires in Rapid City's history." Jim Holland, *Cause of fire, lost estimate unknown*, RAPID CITY J., Jan. 31, 2002, *available at* http://www.rapidcityjournal.com/articles/2002/01/31/news02.prt (Bruckner Decl.Ex. C). As a result of the fire, nearly 400 workers lost their jobs and hundreds of thousands of records, over ten years worth of paperwork, were lost. Bill Harlan, *Wal-Mart donating $10,000 to aid Federal Beef workers*, RAPID CITY J., Feb. 9, 2002, *available at* http://www.rapidcityjournal.com/articles/2002/02/09/news04.prt (Bruckner Decl.Ex. D); *see also* Goldberger Aff. ¶ 6.

Although the fire occurred in 2002, Movants are still recovering from its impact.  Goldberger Aff. ¶ 8.  With no records dating back to the relevant time period, October 1, 1993 through November 30, 1995, Movants completion of the highly detailed Proof of Claim forms proved to be an extraordinary challenge.  *See, e.g., In re Orthopedic Bone Screw Prod. Liab. Litig.*, 246 F.3d at 318 (taking into consideration the difficulties in completing the Proof of Claim form).

The Proof of Claim forms required detailed financial information that showed proofs of purchase from Defendants.  Movants had to list the total of all their purchases from Defendants during the relevant time period, draft a separate Detailed Schedule of Purchases for each Defendant and list and identify the records used to calculate the claimed purchases.  GFI America and Federal Beef Processors also had to provide samples, copies of two of the documents used in completing the Detailed Schedule of Purchases, for each Defendant they identified.  With the loss of all the documents needed for their claims, Movants had to invest considerable time and effort to piece together the requisite information, including numerous searches through their storage facilities for documents and records. Goldberger Aff. ¶ 9.  In the end, Movants were able to file their claims using estimates based on average box usage.  *See* Ex. B at 4.

Second, the tasks of establishing the documentation and facts necessary to file the claims were further complicated by the substantial change in personnel.  In January 2004, a new Chief Financial Officer joined GFI America.  Goldberger Aff. ¶ 10.  With no financial documents and records from the relevant time period and a Chief Financial Officer unfamiliar with the purchase histories, Movants experienced substantial hurdles in gathering the information needed for filing their claims.

C.  **Movants acted in good faith.**

Movants worked as expeditiously as possible to complete the forms in an accurate and timely manner. It is because of these concerted good faith efforts that Movants were able to file their claims shortly after the deadline notwithstanding the considerable difficulties caused by the delays and lack of resources.

## CONCLUSION

Movants have valid claims to the settlement, but due to circumstances beyond their control, they were unable to submit their Proofs of Claim and supportive documentation by the deadline. Considering the relevant circumstances surrounding their filings and the fact that admission of their late claims will not deter the expedient and just resolution of claims in this Settlement, their Motion for an Order to Enlarge the Time to Comply with the Deadline for Proof of Claim Submissions should be granted.

Dated: September 10, 2004                    Respectfully submitted,

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

s/W. Joseph Bruckner
W. Joseph Bruckner (MN #147758)
Sunny H. Kim
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
Tel: (612) 339-6900
Fax: (612) 339-0981

*Attorneys for Movants GFI America, Inc. and Federal Beef Processors, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE LINERBOARD ANTITRUST ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL ACTIONS (Civil Actions ) <br> Nos. 98-5055 AND 99-1341) ) <br> _____ ) | MDL No. 1261 <br><br> Judge Jan E. DuBois |

## ORDER

**AND NOW**, this ____ day of September, 2004, upon consideration of GFI America, Inc. and Federal Beef Processors, Inc.'s Motion under Rule 6(b)(2) of the Federal Rules of Civil Procedure for an Order to Enlarge the Time to Comply with the Deadline for Proof of Claim Submissions and all papers filed in support thereof and in opposition thereto, **IT IS ORDERED** that their Motion is **GRANTED**.

BY THE COURT:

_____
Jan E. Dubois, Judge

334664 - 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE LINERBOARD ANTITRUST LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ALL ACTIONS (Civil Actions ) Nos.  98-5055 AND 99-1341) ) ) | MDL No.  1261  Judge Jan E. DuBois |

## CERTIFICATE OF SERVICE

I, W. Joseph Bruckner, hereby certify that counsel listed below were served via U.S. Mail the foregoing GFI America, Inc. and Federal Beef Processors Inc.'s Motion for an Order to Enlarge Time to Comply with the Deadline for Proof of Claim Submissions Pursuant to Federal Rules of Civil Procedure 6(b)(2), supporting Memorandum, Declaration of W. Joseph Bruckner, and proposed Order.

Richard J. Leveridge/Kenneth L. Adams
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street NW
Washington, DC  20037

William J. Blechman/Richard Alan Arnold
Kenny, Nachwalter, Seymour, Arnold,
   Critchlow and Spector
201 S. Biscayne Blvd.
Suite 1100
Miami, FL  33131

David H. Bamberger
Piper Rudnick LLP
1200 19th Street NW
Washington, DC  20036-2430

George Bochetto
Bochetto & Lentz PC
1524 Locust St.
Philadelphia, PA  19102

334679 - 1

| | |
|---|---|
| Anthony J. Bolognese<br>Bolognese & Associates, LLC<br>One Penn Center<br>1617 JFK Blvd.<br>Suite 650<br>Philadelphia, PA  19103 | Joseph R. Breed<br>Simpson Tacoma Kraft Company, LLC<br>1301 Fifth Avenue<br>Suite 2800<br>Seattle, WA  98101-2613 |
| Michael F. Brockmeyer/Paolo Morante<br>Piper Rudnick LLP<br>6225 Smith Avenue<br>Baltimore, MD  21202-2600 | John M. Callagy<br>Kelley, Drye & Warren<br>101 Park Avenue<br>New York, NY  10178 |
| Thomas Authur Doyle/Terry Rose Saunders<br>Saunders & Doyle<br>33 North Dearborn Street<br>Suite 1302<br>Chicago, IL  60602 | Dane A. Drobny/R. Mark McCareins<br>Winston & Strawn<br>35 West Wacker Drive<br>Chicago, IL  60601 |
| Nathan P. Eimer/Bruce Michael Zessar/<br>Andrew G. Klevorn/Kathleen M. Mulligan<br>Sidley & Austin<br>One First National Plaza<br>Chicago, IL  60603 | Robert G. Eisler<br>Lieff Cabraser Heimann & Bernstein<br>780 Third Avenue, 48th Floor<br>New York, NY  10017-2024 |
| Michael Jerry Freed/ Steven A. Kanner/Carol Gilden<br>Much Shelist Freed Denenberg Ament<br>  & Rubenstein<br>191 N. Wacker Drive, Suite 1800<br>Chicago, IL  60603 | Douglas M. Garrou<br>Hunton & Williams<br>Riverfront Plaza East Tower<br>951 E. Byrd Street<br>Richmond, VA  23219-4074 |
| Joel Christopher Griswold.Cyril Wallace Salberg/ Joseph Hayes<br>Gardner, Carton & Douglas LLC<br>191 N. Wacker Drive<br>Suite 3700<br>Chicago, IL  60606-1698 | John G. Harkins<br>Harkins Cunningham<br>2800 One Commerce Square<br>2005 Market Street<br>Philadelphia, PA  19103-7042 |
| Steven J. Harper/Robert F. Huff/J. Robert Robertson/Steven C. Seeger<br>Kirkland and Ellis<br>200 E. Randolph Drive, Suite 6100<br>Chicago, IL  60601 | Norman M. Hirsch<br>Jenner & Block<br>One IBM Plaza<br>Chicago, IL  60611 |

334679 - 1

John P. Hooper/Eric F. Gladbach
Edwards & Angell, LLP
750 Lexington Avenue
New York, NY  10022

John F. Kinney
Freeman Freeman & Salzman, P.C.
401 N. Michigan Avenue
Suite 3200
Chicago, IL  60611

Daniel S. Mason/Sara M. Scott/Joseph W. Bell
Zelle, Hofmann, Voelbel, Mason &
   Gette LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94101

H. Laddie Montague/Martin I. Twersky/Jerome M. Marcus
Berger & Montague PC
1622 Locust Street
Philadelphia, PA  19103

Edward M. Posner/Paul H. Saint-Antoine/Isabel C. Duffy/Rebecca S. Rimmer
Drinker Biddle & Reath LLP
18th & Cherry Streets
One Logan Square
Philadelphia, PA  19106-6996

Richard L. Reinish
Keck, Mahin & Cate
77 W. Wacker Drive, 49th Floor
Chicago, IL  60601-1693

Thomas G. Slater
Hunton & Williams
Riverfront Plaza East Tower
951 E. Bryd St.
Richmond, VA  23219-4074

Daniel B. Huyett
Stevens & Lee
111 N. Sixth Street
P.O. Box 679
Reading, PA  19603

Allen D. Black/Roberta D. Liebenberg
Fine, Kaplan and Black
1845 Walnut Street
Suite 2300
Philadelphia, PA  19103

Barbara W. Mather
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103-2799

Francis P. Newell
Montgomery McCracken Walker
   & Rhoads, LLP
123 S. Broad Street, 24th Floor
Philadelphia, PA  19109

Matthew W. Rappleye
Stevens & Lee
111 N. 6th Street
Reading, PA  19603

James J. Rodgers
Dilworth Paxson L.L.P.
3200 The Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103

Daniel W. Smith
Jenner & Block
One IBM Plaza
Chicago, IL  60611

| | |
|---|---|
| Gary Specks<br>Kaplan Fox & Kilsheimer<br>203 N. LaSalle Street, Suite 2100<br>Chicago, IL  60601 | Stephen E. Uhr/Karl Craig Wildfang<br>Robins Kaplan Miller & Ciresi<br>2800 LaSalle Plaza<br>800 LaSalle Ave.<br>Minneapolis, MN  55402-2015 |
| Henry S. Warszawski<br>12 S. 12th Street<br>2001 PSFS Building<br>Philadelphia, PA  19107 | Jennifer R. Clarke/Donald C. LeGower/ Will W. Sachse/Joshua G. Schiller<br>Dechert<br>4000 Bell Atlantic Tower<br>1717 Arch Street<br>Philadelphia, PA 19103-2793 |
| Joseph C. Crawford<br>Wolf Black Schorr & Solis-Cohen LLP<br>1650 Arch Street<br>Philadelphia, PA 19103 | Joseph M. Donley<br>Kittredge Donley Elson Fullem & Embick<br>421 Chestnut Street, 5th Floor<br>Philadelphia, PA 19106-2416 |
| Howard Langer<br>Langer & Grogan, P.C.<br>1600 Market Street<br>Suite 2020<br>Philadelphia, PA 19103-7218 | Robert J. Larocca<br>Kohn Swift & Graf, P.C.<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA 19107 |
| Timothy N. Mathews<br>Chimicles & Tikellis LLP<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA 19041 | Warren Rubin<br>Law Offices of Bernard M. Gross<br>2nd Floor, 1515 Locust Street<br>Philadelphia, PA 19102 |
| Eugene A. Spector<br>Spector Roseman & Kodroff PC<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103 | Sherry A. Swirsky/Ralph G. Wellington Scott L. Fast<br>Schnader Harrison Segal and Lewis LLP<br>1600 Market Street<br>Suite 3600<br>Philadelphia, PA 19103 |

Dated: September 10, 2004                    Respectfully submitted,

                                                            **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

                                                            s/W. Joseph Bruckner
                                                            W. Joseph Bruckner (MN #147758)
                                                            Sunny H. Kim
                                                            100 Washington Avenue South, Suite 2200
                                                            Minneapolis, Minnesota 55401
                                                            Tel:  (612) 339-6900
                                                            Fax: (612) 339-0981

                                                            ***Attorneys for Movants GFI America, Inc. and Federal Beef Processors, Inc.***