IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE LINERBOARD ANTITRUST LITIGATION | )<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br>Civil Action Nos. 98-5055<br>and 99-1341) | )   MDL No. 1261<br>)<br>)<br>)<br>) |

### INTERIM REPORT ON CLAIMS ADMINISTRATION

The claims administrator's report of March 28, 2005 is attached hereto as Exhibit "A." The claims administrator expects to be able to resolve all outstanding claims without the need for court intervention. The claims administrator had resolved 57 of the 70 claims that were still in audit at the time the Court authorized the first distribution. It is about to notify the remaining 13 claimants of its final determination on their claims and does not anticipate any disputes with those claimants. Therefore, class counsel suggests that he report to the Court in thirty days and, at that time, move for an order approving the claims administrator's recommendation regarding all claims that were outstanding at the time the initial distribution was made and approving an immediate initial distribution in accordance with the claims administrator's recommendation.

_____(HL734)
Howard Langer
Langer & Grogan, P.C.
1600 Market Street
Suite 2020
Philadelphia, PA  19103
215-419-6544
Fax: 215-419-6546

**Plaintiffs' Liaison Counsel for All Actions
And Lead Counsel for the Corrugated Box Plaintiffs**