IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                             )
IN RE LINERBOARD ANTITRUST    )
LITIGATION                                 )
_____)
                                             )   MDL No. 1261
THIS DOCUMENT RELATES TO:     )
                                             )   Hon. Jan E. DuBois
ALL ACTIONS (Civil Action Nos. 98-5055  )
and 99-1341)                             )
_____)

### CLASS COUNSEL'S OPPOSITION TO THE APPEAL OF HERITAGE CONTAINER, INC.

Class counsel opposes the appeal of Heritage Container because the excuse proffered represents neglect, not excusable neglect. ("We unknowingly did not submit the claim due to miscommunication in our office…").

Respectfully submitted,

_____/s/ Howard Langer_____(HL734)
Howard Langer
Langer & Grogan, P.C.
1600 Market Street
Suite 2020
Philadelphia, PA  19103
215-419-6544
Fax: 215-419-6546

**Plaintiffs' Liaison Counsel for All Actions
And Lead Counsel for the Corrugated Box Plaintiffs**

Dated:  August 19, 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| _____ ) <br> IN RE LINERBOARD ANTITRUST ) <br> LITIGATION ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL ACTIONS (Civil Action Nos. 98-5055 ) <br> and 99-1341) ) <br> _____) | MDL No. 1261 <br><br> Hon. Jan E. DuBois |

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2005 a true and correct copy of Class Counsel's Opposition to the Appeal of Heritage Container, Inc. was served upon counsel and interested parties listed below in the manner indicated.

<u>VIA First Class, U.S. Mail</u>

Sherry A. Swirsky
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA  19103-7286

Lenet Derksen, CFO
Heritage Container, Inc.
2430 S. Grand Avenue
Santa Ana, CA  92705


_____/s/ Howard Langer_____(HL734)
Howard Langer