## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE LINERBOARD ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) |
|  | MDL No. 1261 |
| THIS DOCUMENT RELATES TO: Civil Action Numbers 98-5055 and 99-1341 |  |

### THIRD REPORT ON CLAIMS ADMINISTRATION

The claims administrator's report of October 3, 2005 is attached hereto as Exhibit "A." The claims administrator resolved all but four late filed claims received after its prior report. Those claims have been rejected as untimely and those claimants have been notified of their right to appeal to this Court. The claims administrator recommends final distribution to the class of the remaining funds in the Contingent Holdback Account and that a small reserve of $60,000.00 be held back to cover any remaining expenses attendant to distribution. It is the recommendation of the claims administrator and class counsel that this final distribution be authorized at this time.

Class counsel recommends that the Court approve and adopt the report of the Claims Administrator and authorize the Claims Administrator to make final distribution thirty days following entry of an order authorizing such distribution. Class counsel has also reviewed the invoice of the claims administrator and recommends approval of that invoice by the Court.

2

          Respectfully submitted,

          _____/s/ Howard Langer_____(HL734)
          Howard Langer
          Langer & Grogan, P.C.
          1600 Market Street
          Suite 2020
          Philadelphia, PA  19103
          215-419-6544
          Fax: 215-419-6546

          **Plaintiffs' Liaison Counsel for All Actions**
          **And Lead Counsel for the Corrugated Box Plaintiffs**

Dated:  October 3, 2005