IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE LINERBOARD ANTITRUST LITIGATION | ) )  MDL No. 1261 ) |
| THIS DOCUMENT RELATES TO:<br>Civil Action Numbers 98-5055<br>and 99-1341 | ) ) ) ) |

## O R D E R

**AND NOW**, this 2nd day of November, 2005, upon consideration of the Third Report on Claims Administration and the Report of the Claims Administrator dated October 3, 2005, **IT IS ORDERED** as follows:

1. The Court **APPROVES** the Report of the Claims Administrator dated October 3, 2005, and **ADOPTS** its recommendations, excepting only the recommendation that the Claims Administrator maintain a contingency reserve of $60,000 in the Net Settlement Fund. The Court directs the Claims Administrator to maintain a contingency reserve of $66,000 in the Net Settlement Fund to cover previously filed claims which have been disallowed and are currently on appeal;

2. The Claims Administrator shall make final distribution to all approved claimants in accordance with the recommendations in the Report of October 3, 2005, within thirty (30) days of the date of this Order, excepting only that the Claims Administrator shall maintain a contingency reserve of $66,000 in the Net Settlement Fund;

3. The Invoice of the Claims Administrator for services rendered is **APPROVED** in the amount of $165,658.48; and,

4. Class Counsel and the Claims Administrator shall report to the Court in ninety (90) days with respect to the status of any funds they are holding, and submit recommendations for entry of an order providing for final disbursement of all remaining funds.

**BY THE COURT:**


/s/ **Honorable Jan E. DuBois**
        **JAN E. DUBOIS, J.**